## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NELSON JOSUE MARTINEZ-CRUZ** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civil No. 2:26-cv-03798-JLS |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| Respondents. | : | |

## ORDER

        **AND NOW**, this 10th day of June, 2026, upon receipt of the Respondents' Certificate of Compliance for release (ECF No. 9), **IT IS HEREBY ORDERED THAT** the Clerk of Court is **DIRECTED** to **CLOSE** this case.[1]

        **BY THE COURT:**

        */s/ Jeffery L. Schmehl*
        **JEFFREY L. SCHMEHL, J.**

---

[1] The Court shall retain jurisdiction of this matter for ninety (90) days unless otherwise ordered.