**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NELSON JOSUE MARTINEZ-CRUZ
*Petitioner*,

v.

J. L. JAMISON, in his official capacity as Warden, Federal Detention Center, Philadelphia, *et al*,

*Respondents*.

Civil Action No. 26-03798-JLS

**ORDER**

AND NOW, this 25th day of August 2026, it is hereby ORDERED that Respondents' Unopposed Motion to Hold in Abeyance (ECF No. 12) is **Granted**. This matter shall be held in abeyance until 30 days following the Supreme Court of the United States renders its decision in *Montoya Palacios v. Liggins*, No. 25-1223, when Respondents must file their response to the petition for fees.

**SO ORDERED:**

*/s/ Jeffrey L. Schmehl*
HONORABLE JEFFREY L. SCHMEHL
*Judge, United States District Court*